DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LORRAINE FROLE,**
Appellant,

v.

**COMMUNITY ASPHALT CORPORATION,**
Appellee.

No. 4D17-2692

[March 1, 2018]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Janet Carney Croom, Judge; L.T. Case No. 56-2014-CA-001305.

Jeff D. Vastola of Vastola Legal, Stuart, for appellant.

Rosemary B. Wilder of Marlow, Adler, Abrams, Newman & Lewis, Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***